UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:07-CV-372-F

| | | |
|---|---|---|
| GARY MARTIN, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CITY OF RALEIGH, | ) | |
|     Defendant. | ) | |

This matter is before the court on the Memorandum and Recommendation (M & R) of United States Magistrate Judge William A. Webb filed on October 2, 2007. The plaintiff did not file any objections to the Magistrate Judge's M & R.

After an independent and thorough review of the Magistrate Judge's M & R and a *de novo* review of the record, the court concludes that the M & R is correct and in accordance with the law. Accordingly, the court hereby ADOPTS the Magistrate Judge's M & R.

The plaintiff's Motion to Proceed *In Forma Pauperis* is ALLOWED, but plaintiff's complaint is DISMISSED for failure to state a claim.

    SO ORDERED.

    This 26 day of February, 2008.

                                JAMES C. FOX
                                Senior United States District Judge