AO 450 (Rev. 5/85)

# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| GARY MARTIN,<br>    Plaintiff,<br><br> v.<br><br>CITY OF RALEIGH,<br>    Defendant. | **JUDGMENT IN A CIVIL CASE**<br>CASE NO. 5:07-CV-372-F |

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

  IT IS ORDERED AND ADJUDGED that the court hereby ADOPTS the Magistrate Judge's M&R, and ORDERS that plaintiff's motion to proceed *in forma pauperis* is ALLOWED, but plaintiff's complaint is DISMISSED for failure to state a claim.

  THE ABOVE JUDGMENT WAS ENTERED TODAY, **February 27, 2008**, AND A COPY MAILED TO:

Gary E. Martin
900 Eagle Rock Road
Wendell, NC 27591


| | |
|---|---|
| February 27, 2008<br>Date | DENNIS IAVARONE<br>*Clerk of Court*<br><br>/s/ Susan K. Enyart<br>*(By) Deputy Clerk* |
| *Wilmington, North Carolina* | |